factors.[2]

**AFFIRM.**

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Durfey's convictions and sentences are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Q. DURFEY, Defendant–**
**Appellant.**

**No. 07–14285**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 2008.

Christopher Nida Patterson, Christopher N. Patterson, P.A., Panama City, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, Nancy J. Hess, United States Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before DUBINA, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Christopher N. Patterson, appointed counsel for John Q. Durfey in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Frederick Bradley NOWELL, Sr.,**
**Defendant–Appellant.**

**No. 07–14479**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 2008.

Robert C. Buschel, Taylor Hodkin Kopelowitz Ostrow, Marc S. Nurik, Rothstein Rosenfeldt & Adler, FT Lauderdale, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

(a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)).

**2.** To the extent Crandall takes issue with the *substantive* reasonableness of his sentence, we

also conclude that Crandall's 31–month sentence was substantively reasonable as it was based on a careful consideration of the relevant § 3553(a) factors and well below the five-year statutory maximum.

**799**